# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

MICHAEL K. MATTOX, SR.,

    Plaintiff,

v.                                      Case No. 2:21-cv-02014-MSN-tmp

LAKESIDE BEHAVIORAL HEALTH
SYSTEM,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff commenced this matter on January 6, 2021. (ECF No. 1.) Notably, Plaintiff did not pay the $402 civil filing fee at that time. Instead, Plaintiff requested for leave to proceed *in forma pauperis*. (ECF No. 4.)

The Court denied that request in its March 23, 2021 Order. (ECF No. 14.) Further, given Plaintiff's history of filing patently meritless lawsuits, the Court ordered Plaintiff to pay the full civil filing fee within fourteen (14) days of entry of the Court's Order or else this matter would be dismissed without further notice. (*Id.* at PageID 36, 38.) To date, Plaintiff has not paid the civil filing fee. Accordingly, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of April, 2021.

                                                 *s/ Mark Norris*
                                                 MARK S. NORRIS
                                                 UNITED STATES DISTRICT JUDGE