# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

MICHAEL K. MATTOX, SR.,

    Plaintiff,

v.                                               Case No. 2:21-cv-02014-MSN-tmp

LAKESIDE BEHAVIORAL HEALTH
SYSTEM,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed January 6, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the, Court's Order of Dismissal, (ECF No. 15), entered on April 16, 2021, all claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                  MARK S. NORRIS
                  UNITED STATES DISTRICT JUDGE

DATE:      April 16, 2021